NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY BRAIN & SPINE CENTER,<br><br>                           Plaintiff,<br>v.<br><br>AETNA LIFE INSURANCE COMPANY and BRISTOL-MYERS SQUIBB,<br><br>                           Defendants. | Civil Action No.: 17-3531 (CCC-MF)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Mark Falk to grant Plaintiff's motion to remand. (ECF No. 23). The deadline to file objections to Judge Falk's Report and Recommendation, per an extension requested by Defendants, was January 9, 2017 and no objections have been filed thereto. The Court has considered the background and history of this case along with Judge Falk's Report and Recommendation, and for substantially the same reasons stated therein:

**IT IS** on this 10 day of January, 2018

**ORDERED** that this Court adopts Judge Falk's December 12, 2017 Report and Recommendation that this Court **GRANT** Plaintiff's motion to remand; it is further

**ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey, Law Division, Bergen County; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.